# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| SAMUEL GOODS, JR., | Case No. CV 09-2302-PSG (JWJ) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| STATE GOVERNMENT JUDICIAL SYSTEM, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is **dismissed with prejudice**.

///
///
///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein by the United States mail on petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 06/02/09

                                          **PHILIP S. GUTIERREZ**
                                          _____
                                              PHILIP S. GUTIERREZ
                                            United States District Judge