# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| SAMUEL GOODS, JR., | Case No. CV 09-2302-PSG (JWJ) |
| Petitioner, | JUDGMENT |
| vs. | |
| STATE GOVERNMENT JUDICIAL SYSTEM, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is **dismissed with prejudice.**

DATED: 06/02/09

_____
PHILIP S. GUTIERREZ
United States District Judge